

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

PD-1373-09

RONNIE DUANE MASON, Appellant

v.

THE STATE OF TEXAS

ON DISCRETIONARY REVIEW OF CASE 07-07-0383-CR OF
THE SEVENTH COURT OF APPEALS,
POTTER COUNTY

*WOMACK, J., filed a concurring opinion.*

Although I join the Court's judgment, I would follow the reasoning of the Supreme

Court's opinion in *United States v. Mechanik*, 475 U.S. 66, which this Court's opinion quotes

(*ante*, at 8), rather than Justice O'Connor's concurring opinion.

Filed October 6, 2010.
Publish.